UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Dominic Godette**  Docket No. 4:13-CR-47-1D

### Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Dominic Godette, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 25, 2014, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Antonio Dominic Godette was released from custody on September 16, 2020, at which time the term of supervised release commenced.

On September 22, 2020, the court approved a Violation Report agreeing to take no action after the defendant tested positive for marijuana. As a result of the positive drug test, Godette completed substance abuse treatment at PORT Health Services in New Bern, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 24, 2021, the defendant was charged with Driving While Impaired (21CR50876) and Speeding and Reckless Driving (21CR701841) in Carteret County, North Carolina. The charges remain pending. On the same date, Godette contacted the probation officer to report the new charges. Attempts to contact the charging officer have not been successful. According to information obtained from the Carteret County Clerk's Office, the defendant registered a .09 on the chemical analyst administered after the arrest. Godette admitted to the probation officer that he consumed alcohol prior to operating a motor vehicle and that he was speeding, but the defendant indicated he did not believe he was intoxicated. However, the defendant accepts responsibility for his actions.

While on supervised release, the defendant has maintained a stable residence at his mother's home, obtained full-time employment as a landscaper, and reported to the probation officer as directed. As a result of the new charges, the defendant has agreed to attend additional substance counseling with our contract substance abuse provider. As a sanction for the violation, the probation officer respectfully recommends a modification to the terms of supervised release to include a 30-day curfew, with electronic monitoring. Considering Godette's full-time employment, it is recommended the defendant pay the costs associated with electronic monitoring. This sanction should serve as a deterrent to future criminal conduct. Additionally, the probation officer will continue to use cognitive interventions to address thinking errors.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Antonio Dominic Godette
Docket No. 4:13-CR-47-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay for costs associated with electronic monitoring.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake | /s/ C. Lee Meeks, Jr. |
| David W. Leake | C. Lee Meeks, Jr. |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-346-5105 |
| | Executed On: May 14, 2021 |

### ORDER OF THE COURT

Considered and ordered this __14__ day of __May__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge